**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROCKSTAR, INC., a Nevada corporation, | Case No. 2:09-cv-01499-GMN-GWF |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| ORIGINAL GOOD BRAND CORPORATION, a Japanese corporation, | |
| Defendant. | |

The Court has ordered that the plaintiff Rockstar, Inc. recover from the defendant Original Good Brand Corporation the amount of four million, five hundred twenty-two thousand, five hundred and sixty-seven dollars and forty-two cents ($4,522,567.42), plus post-judgment interest at the rate of __.27__ %, along with costs.

This judgment is for compensatory damages only. The amount of this judgment directly corresponds to the amount contemplated in the parties' agreement.

This action was decided by Judge Gloria M. Navarro on a motion for default judgment.

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

7/8/11
DATE

-1-

586652.1

# CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Lewis and Roca LLP and that on June 2, 2011, I caused the foregoing document entitled [PROPOSED] JUDGMENT IN A CIVIL CASE to be served via the Court's CM/ECF system upon the following:

| | |
|---|---|
| Ian K. Boyd | Michael J. McCue |
| Seth I. Appel | Jonathan W. Fountain |
| Harvey Siskind LLP | Lewis and Roca LLP |
| Four Embarcadero Center | 3993 Howard Hughes Pkwy. |
| 39th Floor | Suite 600 |
| San Francisco, CA 94111 | Las Vegas, NV 89169 |
| (415) 354-0100 (Tel.) | (702) 949-8200 (Tel.) |
| (415) 391-7124 (Fax) | (702) 949-8398 (Fax) |
| | |
| Attorneys for Plaintiff | Attorneys for Plaintiff |
| Rockstar, Inc. | Rockstar, Inc. |

I hereby further certify that on June 2, 2011, I served the foregoing document entitled [PROPOSED] JUDGMENT IN A CIVIL CASE by first-class, United States, mail upon the following non-CM/ECF users:

Original Good Brand Corporation
c/o Katshihisa Ichiraku
12-10, 3-chome, Minamitsukaguchi-cho,
Amagasaki-shi, Hyogo-ken 661-0012
JAPAN

      /s/Jonathan W. Fountain
An employee of Lewis and Roca LLP